AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2026

SEAN F. MCAVOY, CLERK

MARSHALL ALLEN COATS,

*Plaintiff*

v.

STEVE DUCKWORTH, C/O J. PHIPPS, JUDGE WILLIAM HOUSER, JUDGE SHANE R. SEAMAN, JUDGE TIMOTHY A. DRURY, ANDREW WILLIAM KALM, PAUL TIMMONS, KITSAP COUNTY SHERIFFS OFFICE, KITSAP COUNTY JAIL, KITSAP COUNTY SUPERIOR COURT, KITSAP COUNTY DISTRICT COURT and KITSAP COUNTY PUBLIC DEFENDERS OFFICE,

*Defendant*

Civil Action No. 2:26-cv-357-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Case DISMISSED without prejudice for failure to comply with the filing fee and in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 10/28/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*